

# NUMBER 13-21-00440-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE ROJO ENTERTAINMENT, LLC AND ROTU INVESTMENTS, LLC

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Benavides, Longoria, and Tijerina**
**Order Per Curiam**

Relators, Rojo Entertainment, LLC and Rotu Investments, LLC filed a petition for writ of mandamus in the above-referenced cause through which they assert that the trial court erred in setting aside a foreclosure sale. The Court requests that the real parties in interest, Arch Funding, LLC, JP Lynx Capital Developments, LLC, and Jose Pedraza Jr., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus in this cause on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

Relators have also filed a motion requesting that this Court consolidate this petition for writ of mandamus with an earlier-initiated original proceeding pending in 13-21-00413-CV, *In re Arch Funding, LLC*. According to relators, both original proceedings seek relief from the same trial court order, a September 13, 2021, order that set aside a foreclosure sale, and both original proceedings thus involve the same issues and parties. Relators thus request that we consider the briefing and records of both original proceedings together in the interest of judicial economy. The motion to consolidate is unopposed by Arch Funding, LLC, but is opposed by JP Lynx Capital Developments, LLC, and Jose Pedraza Jr.

The Court, having examined and fully considered the motion to consolidate, is of the opinion that it should be granted. Accordingly, we grant the motion to consolidate causes 13-21-00413-CV and 13-21-00440-CV. If a real party wishes to rely on briefing already filed in 13-21-00413-CV rather than file a separate response, they need only advise the Court by letter. The Clerk of this Court shall file a copy of this order in each of these cause numbers.

PER CURIAM

Delivered and filed on the
16th day of December, 2021.